IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION


TERRELL M. DAVIS                                                                    PETITIONER


vs.                                  Civil No. 4:12-cv-4103


RAY HOBBS, Director
Arkansas Department of Corrections                                    RESPONDENT

## ORDER

Before the Court is the Report and Recommendation filed November 7, 2012, by the

Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas.

(ECF No. 9).  Judge Bryant recommends that the above-styled case be dismissed without prejudice

in accordance with the request contained in Petitioner's Motion to Stay or Hold in Abeyance or in

the Alternative Motion to Dismiss Without Prejudice.  (ECF No. 8).  The parties have not filed

objections to the Report and Recommendation, and the time to object has passed.  *See* 28 U.S.C. §

636(b)(1). Therefore, the Court adopts the Report and Recommendation *in toto*.  Petitioner's claims

are **DISMISSED WITHOUT PREJUDICE**.

        **IT IS SO ORDERED**, this 28th day of November, 2012.


                                                    /s/ Susan O. Hickey
                                                    Hon. Susan O. Hickey
                                                    United States District Judge